Carolyn H. Cottrell (SBN 166977)
Esther L. Bylsma (SBN 264208)
Caroline L. Hill (SBN 349176)
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Edwin Aiwazian (SBN 232943)
Arby Aiwazian (SBN 269827)
Jill J. Parker (SBN 274230)
LAWYERS *for* JUSTICE, PC
450 N. Brand Blvd., Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

Attorneys for Plaintiff

Tracie Childs (SBN 190806)
tracie.childs@ogletree.com
Andrew J. Deddeh (SBN 272638)
andrew.deddeh@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Attorneys for Defendant Kirkland's Stores, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIANA MILES, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>    Plaintiff,<br><br>vs.<br><br>KIRKLAND'S STORES, INC.,<br><br>Defendants. | Case No.: 2:25-cv-03911-JWH-DTB<br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Filed: May 5, 2025<br>Trial Date: November 16, 2026 |

1 | The Court, having considered the Parties' Stipulated Protective Order and for
2 | Good Cause Shown, hereby ORDERS as follows:
3 | The Court adopts the Parties' Stipulated Protective Order.
4 |
5 | **IT IS SO ORDERED.**
6 |
7 | Dated: December 22, 2025 _____

_____
Honorable David T. Bristow
United States Magistrate Judge